IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRYAN BELL, )<br>    #25015360, )<br> )<br>    Petitioner, )<br> ) | CIVIL ACTION NO. |
| VS. )<br> ) | 3:25-CV-1394-G-BW |
| MARIAN BROWN, )<br> )<br>    Respondent. ) | |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION
# OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.  By separate judgment, this habeas action will be dismissed for failure to prosecute or follow orders of the court.

A certificate of appealability (COA) is not required to appeal the denial of relief under 28 U.S.C. § 2241.  See *Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005) (per curiam).  In the event the petitioner files a notice of appeal, he must

---

[*] No objections were filed.

pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

    **SO ORDERED**.

September 15, 2025.

                                                  */s/ A. Joe Fish*
                                                  **A. JOE FISH**
                                                  **Senior United States District Judge**